# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:24-po-016 |
| Ryan Allen Sullivan, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's initial appearance and arraignment are scheduled for October 4, 2024, before the undersigned.

On September 12, 2024, Defendant contacted the court to advise that he has a conflict on October 4, 2024, and to request a continuance of his initial appearance and arraignment.

The court **GRANTS** Defendant's request for a continuance. Defendant's initial appearance and arraignment are scheduled for October 25, 2024, at 11:00 AM in Courtroom 2, William L Guy Federal Building, 220 East Rosser Ave, Bismarck, North Dakota.

**IT IS SO ORDERED.**

Dated this 12th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court